# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

**COMPLAINT**

22CRWSLD000748

DCTN: _____
Lockup No: _____
Case No: _____

FILED
MAR 14 2022
CLERK U.S. 21162008 COURT
NORFOLK, VA

**District of Columbia ss:**

**Defendant's Name:** John Nelson Mcquillen
(First) (MI) (Last) (PDID) (CCNO)

**Also Known As:** John Nelson Mcquillen
(First) (Middle) (Last)

**Address:** 325 Honaker Ave, Norfolk VA

On or about November 5, 2021, within the District of Columbia, John Nelson McQuillen was an accessory after the fact to Assault with Intent to Kill While Armed in that he relieved, comforted, and assisted Tommie Lynn Dunmire, knowing that Tommie Lynn Dunmire had committed that crime, by assisting Tommie Lynn Dunmire to flee and avoid detection of the offense with intent to hinder and prevent the apprehension, trial, and punishment of Tommie Lynn Dunmire. (Accessory After The Fact to Assault with Intent to Kill While Armed, in violation of 22 D.C. Code, Sections 1806, 401, 4502 (2001 ed.))

**Co-Defendants:**

Affiant's Name: [signature] March

Subscribed and sworn to before me this 25 day of ~~February~~, 2022

(Judge) (Deputy Clerk)

## WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for John Nelson Mcquillen

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

**Issued** March 1, 2022

Judge - Superior Court of the District of Columbia

Title 16: ☐   Rule 105: ☐   Judge: _____

| | | | |
|---|---|---|---|
| **Sex:** Male | **DOB:** 05/13/1956 | **CCN:** 21162008 | **PDID:** |
| **Papering Officer:** Christopher Brady | | | **Badge No.:** D21431 |

**OFFICER MUST EXECUTE RETURN**

**Officer's Name:** DUSM. A. Ledet, #31301
**Date / Time:** 3-14-22 / 0921

**AUSA Signature:** /s/ Alicia M. Long

Fel. I ☐   AFTC ☒   Fel. II ☐